# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:06CV201

| | |
|---|---|
| TEAM GORDON, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| FRUIT OF THE LOOM, INC., ) | |
| ) | |
| Defendant. ) | |

THIS MATTER IS BEFORE THE COURT upon the request of counsel for assistance in setting a judicial settlement conference. The parties' request for a judicial settlement conference is GRANTED, and the parties are informed that the conference will be conducted by United States Magistrate Judge Dennis L. Howell of Asheville, North Carolina. Counsel are directed to jointly telephone Judge Howell's chambers as soon as possible to discuss scheduling. Following the completion of the conference, counsel are directed to inform the undersigned of the result. The undersigned and Judge Conrad wish to thank Judge Howell and his staff for their willingness to conduct this settlement conference.

**SO ORDERED.**

Signed: July 17, 2007

David C. Keesler
United States Magistrate Judge