# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Civil Action No. 3:06-CV-201- RJC-DCK

| | |
|---|---|
| TEAM GORDON, INC., </br></br> Plaintiff, </br></br> v. </br></br> FRUIT OF THE LOOM, INC., </br></br> Defendant. | **ORDER GRANTING THIRD CONSENT MOTION TO MODIFY THE PRETRIAL ORDER AND CASE MANAGEMENT PLAN** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Third Consent Motion To Modify the Pretrial Order and Case Management Plan"(Document No. 22) filed October 26, 2007.

It appearing that counsel for both parties consent to the motion, and for good cause shown, it is therefore ORDERED that the Motion to Modify the Pretrial Order and Case Management Plan is GRANTED as follows:

1. All discovery shall be completed no later than **February 25, 2008;**
2. Plaintiff shall provide reports from its expert witnesses pursuant to Rule 26(a)(2) by **November 26, 2007;**
3. Defendant shall provide reports from its expert witnesses by **January 28, 2008;**
4. All motions except motions in limine and motions to continue shall be filed no later than **April 1, 2008;** and
5. Except as otherwise stated herein, the Pretrial Order and Case Management Plan remains unaffected by this Order.

Signed: October 29, 2007

David C. Keesler
United States Magistrate Judge