IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:06 CV 201-RJC-DCK

| | |
|---|---|
| TEAM GORDON, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>FRUIT OF THE LOOM, INC.,<br><br>          Defendant. | ORDER MODIFYING PRETRIAL ORDER<br>AND CASE MANAGEMENT PLAN |

This matter comes before the Court on Defendant's First Motion to Modify the Pretrial Order and Case Management Plan. The parties having consented to the motion, and for good cause shown, the Court hereby ORDERS that the motion is **GRANTED** as follows:

1. All discovery shall be completed no later than **April 25, 2008**;

2. All dispositive motions shall be filed no later than **June 2, 2008**; and

3. Except as otherwise stated, the Pretrial Order and Case Management Plan remains unaffected by this Order.

Signed: February 8, 2008

David C. Keesler
United States Magistrate Judge