**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**Civil Action No. 3:06-CV-201-RJC-DCK**

| | |
|---|---|
| TEAM GORDON, INC., )<br>)<br>    Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>)<br>)<br>FRUIT OF THE LOOM, INC., )<br>)<br>    Defendant. )<br>) | **ORDER GRANTING JOINT MOTION TO MODIFY THE PRETRIAL ORDER AND CASE MANAGEMENT PLAN** |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion to Modify the Pretrial Order and Case Management Plan" (Document No. 35), filed April 25, 2008.

It appearing that the parties jointly move for the modification of the Pretrial Order and Case Management Plan, and it further appearing that the requested modification will not delay the trial of this matter, it is therefore ORDERED that the Motion to Modify the Pretrial Order and Case Management Plan is GRANTED as follows:

1. The discovery deadline shall be extended until **May 26, 2008** for the parties to conduct the depositions identified in the parties' Joint Motion**;**

2. All dispositive motions shall be filed no later than **July 2, 2008;**

3. This matter is set for trial **November 3, 2008**; and

4. Except as otherwise stated herein, the Pretrial Order and Case Management Plan remains unaffected by this Order.

Signed: April 28, 2008

*David C. Keesler*
United States Magistrate Judge