# EXHIBIT J



DEFENDANT'S
EXHIBIT

11

# CAMP & ASSOCIATES, INC.

*original signed letter
David Whittaker
cc John Holland*

September 9, 2003

Mr. Randall E. Koedyker
Sr. V.P. Sales
Fruit of the Loom
One Fruit of the Loom Drive
P.O. Box 90015
Bowling Green, KY 42102-9015

Dear Randy:

I have enclosed the executed copy of our Agreement Letter for the creation of the Fruit of the Loom Racing program. Suffice it to say that we here at Camp & Associates, Inc. are tremendously excited about your decision and pledge our best efforts to creating a successful program.

I have also enclosed an invoice for the first payment of the services portion of the agreement. I will phone you on Thursday to move to next steps of team selection and company interface.

Sincerely,

Larry M. Camp
President
Encl.

P.O. Box 7979, Concord, NC 28027 • Shipping: 78 Buffalo Avenue NW, Suite 200, Concord, NC 28025 • (704) 788-7979 • Fax: (704) 782-5477

*Confidential*

*September 8, 2003*

Fruit of the Loom, Inc.
1 Fruit of the Loom Drive
Bowling Green, KY 42102
Attn: Randy Koedyker

*Dear Randy:*

*This is to confirm that Fruit of the Loom, Inc., a New York Corporation, (hereinafter known as "FOL") is desirous of obtaining a consultant to perform various sports marketing services related to the development and implementation of a FOL motorsports program. In such effort, FOL desires to appoint Camp & Associates, Inc. (hereinafter known as "C&A") as its exclusive consultant to assist in the development and implementation of a comprehensive motorsports marketing program which will include sponsorship of a selected race team and various auxiliary services and/or programs (collectively hereafter referred to as "Services") as outlined generally in Exhibit A.*

*The term of this Agreement shall commence upon execution of this Agreement and shall continue in effect until the 30th day of November, 2006 (hereinafter known as the "Term") unless terminated earlier in accordance with the terms hereof. After the initial Term, this Agreement may be extended for three (3) additional years. Such extensions must be exercised in consecutive one (1) year terms and shall be on similar terms and conditions as set forth herein. C&A will be responsible for organizing renewal discussion meetings with FOL at least 90 days prior to the expiration of any term. Each extension shall automatically occur, unless written notice of termination is given to the other party not less than thirty (30) days prior to the expiration of the then existing Term.*

*Each year of this Agreement, C&A will work in conjunction with the appropriate representatives of FOL to develop Services for FOL's review and approval and subject to the budgetary restraints set forth in Exhibit B. Once the programs are defined in detail, C&A shall exclusively provide all Services outlined and/or developed as a result of this collaboration. However, please note that if both parties mutually agree, one or more of the Services may be performed by a third party. Such Services shall include but are not limited to:*

    (a)    *Sponsorship development and placement,*
    (b)    *Program management and consulting,*
    (c)    *Public relations and media management,*
    (d)    *Track support programs,*

FOL00227

(e)    Advertising consulting and placement,
(f)    Marketing program creation and management, and
(g)    Internal support program development and fulfillment.

In consideration for services rendered by C&A, FOL shall pay C&A the budgetary fees and expense set forth in the attached Exhibit B to cover the costs associated with the performance of Services as described. Payments shall be remitted to C&A as set forth in Paragraph 2, Exhibit B.

FOL is aware that C&A represents other companies and individuals in the industry. In this respect, FOL agrees that C&A may continue to represent or may undertake in the future to represent existing or new clients in the industry. C&A shall have the right to represent any of its clients in negotiations with FOL, provided however, that C&A provides full disclosure to FOL of such conflict.

C&A may subcontract to third parties the performance of Services to be performed by C&A pursuant to this Agreement. C&A shall supervise the performance of such subcontracted services; and assure that any such party who is subcontracted by C&A hereunder shall undertake to be bound by and comply with the confidential clause herein. C&A will endeavor to the best of its knowledge and ability to guard any loss to FOL through failure of third parties to execute their commitments. C&A will take care to ensure that any such subcontractors shall issue a Certificate of Insurance to C&A, naming C&A and Fruit of the Loom as additional insureds, and shall agree to indemnify FOL and C&A, and hold them harmless, against any losses or damages they incur, directly or indirectly, as a result of the performance or nonperformance of subcontracted services.

C&A shall require all subcontractors and third parties to agree to seek payment only from C&A for services rendered for the benefit of FOL. C&A shall not be held responsible for any failure of third party.

The parties shall be excused from performing under this Agreement if prevented from doing so by acts of God or other unforeseen events beyond the control of the parties.

All notifications, requests or other communications required or permitted by this Agreement shall be in writing and directed as indicated below. Any such notice shall be deemed given and effective when delivered personally, or sent by mail, registered or certified, postage prepaid with return receipt requested and addressed as follows:

_If to C&A:_                              _If to FOL:_

CAMP & ASSOCIATES, INC.               FRUIT OF THE LOOM, INC.
78 Buffalo Avenue NW, Suite 200       One Fruit of the Loom Drive
Concord, NC 28025                     Bowling Green, KY 42102-9015
    Attention: Larry Camp                 Attention: Randy Koedyker

FOL00228

*For Notices to FOL of Default or of any legal Claims, C&A will also provide a copy to:*

>   General Counsel
>   FRUIT OF THE LOOM, INC.
>   One Fruit of the Loom Drive
>   Bowling Green, KY 42102-9015

*Any party may change its address for purpose of notice pursuant to the Agreement by notifying the other party of such change in the manner set forth above. Notices delivered personally will be deemed communicated as of actual receipt. Mailed notices will be deemed communicated as of seven (7) days after mailing.*

*It is understood and agreed that this Agreement does not and shall not be construed as or constitute a general agency, partnership or joint venture between C&A and FOL and that C&A shall be deemed to be independent contractor in all respects.*

*Either party shall have the right to terminate this Agreement upon giving thirty (30) day written notice to the other upon the occurrence of a material breach of the terms or conditions of this Agreement, provided that such breach is not cured within thirty (30) days of written notice thereof. In the event that this Agreement is terminated, C&A's compensation hereunder shall be prorated to cover services performed and authorized expenses incurred by C&A prior to termination. At such time, C&A will use its best efforts to cancel or sell all sponsorship related inventory, including but not limited to media, hospitality, tickets, travel, etc., purchased on behalf of FOL; however, if such inventory cannot be cancelled or sold, such costs will be considered an expense incurred by C&A prior to termination and will not be refunded, and FOL will receive the full benefits or possession of the inventory for which it has paid.*

*This Agreement and the contents hereof constitute a confidential business relationship between C&A and FOL. Each party acknowledges that significant damage could be done to the other party, should the terms of this Agreement become public knowledge. Each party agrees that it will not reveal the terms of this Agreement to any third party (excluding employees, agents, attorneys, accountants and others to whom such party has a legal obligation to disclose "Permitted Disclosees"), and that each such party will use its best efforts to ensure that Permitted Disclosees shall not allow the terms of this Agreement to become public knowledge. If a party is directed by legal process to disclose such information to any third party, that party shall notify the other party at least fifteen (15) days prior to disclosing the information.*

*Both parties agree that they will be entrusted, from time to time, with trade secrets and proprietary information regarding the business of the other party, including but not limited to marketing plans, production plans, marketing techniques, methods, know-how and future business plans, as well as*

*client lists and information concerning the identity, needs and desires of actual and potential clients and affiliates (if any), joint ventures, partners, licensors and other persons and entities having business relationships with the other party, and possible information relating to the financial condition and operating results of the other party. All of the foregoing information (hereinafter referred to collectively as "Confidential Information") is not generally known and derives significant economic value from not being generally known.*

*Both parties agree not to disclose or exploit any Confidential Information, in whole or in part, to any person, firm or corporation for any reason or purpose whatsoever, except as necessary in the performance of duties or with written consent of the other party. This obligation shall remain in full force and effect after expiration or termination of this Agreement.*

*Throughout this Agreement and for a period of two (2) years thereafter, neither party shall contact, call upon, solicit or offer employment to any then-current employee of the other party for the purpose of causing them to leave the employment of the other party.*

*C&A shall indemnify and hold FOL and its respective officers, agents, directors and employees harmless from any and all losses, claims, liabilities, damages, costs and expenses, including reasonable attorney's fees and court costs, resulting from the conduct of its employees or agents under this Agreement or its breach of this Agreement or any representation or warranty contained herein. Additionally, C&A will require that the FOL sponsored team indemnify and hold FOL its respective officers, agents, directors and employees harmless from any and all losses, claims, liabilities, damages, costs and expenses, including reasonable attorney's fees and court costs, resulting from the conduct of its employees or agents or breach thereof of the Sponsorship Agreement to be negotiated by C&A on behalf of FOL. This obligation shall survive termination or expiration of this Agreement.*

*Upon execution of this Agreement, C&A shall provide FOL with a Certificate of Insurance that names FOL and its affiliates, officers and employees, as additional insureds, evidencing coverage with the following minimum limits:*

*General Liability:*

> *$1,000,000 Premises Liability, Each Occurrence*
> *$1,000,000 Personal and Advertising Injury*
> *$1,000,000 Commercial Automobile*
> *$2,000 Medical Payments*
> *$25,000 Hired Car Physical Damage*

*Such Certificate of Insurance shall provide that coverage may not be materially altered or terminated except upon 30 days written notice to FOL.*

*FOL shall indemnify and hold C&A and its respective officers, agents, directors and employees harmless from any and all losses, claims, liabilities, damages, costs and expenses, including reasonable attorney's fees and court costs, resulting from the conduct of its employees or agents under this Agreement or its breach of this Agreement or any representation or warranty contained herein. This obligation shall survive termination or expiration of this Agreement.*

*Each party represents and warrants that the person executing this Agreement on behalf of such party has the legal right, authority and capacity to enter into this Agreement, to provide the services granted herein, and to make the representations made herein. This Agreement shall be governed and construed in accordance with the laws of the State of North Carolina. This Agreement constitutes the entire agreement between C&A and FOL in connection with this subject matter and supersedes any and all prior or contemporaneous agreements and understandings, whether written or oral, between the parties. Any modification of this Agreement will be effective only if it is in writing and signed by both parties. If any provision in this Agreement is held by a court of competent jurisdiction to be invalid, void or unenforceable, the remaining provisions will nevertheless continue in full force without being impaired or invalidated in any way.*

*If this accurately sets forth our Agreement, please sign below and return a copy to my attention.*

*Sincerely,*

Larry M. Camp
President

Agreed and Accepted this 8th day of September, 2003.

Fruit of the Loom, Inc.

## 1.   SERVICES TO BE PROVIDED

*C&A shall advise FOL on the development and implementation of a comprehensive motorsports marketing program. In such effort, C&A shall render conceptual, strategic and tactical expertise relating to motorsports sponsorship and marketing.*

*Both parties understand however, that the Services outlined below are general and only representative of Services to be provided throughout the Term of this Agreement and therefore are subject to change in order to meet the needs and objectives of FOL. Each year of the Agreement, the details associated with each such program will be reduced to a document and incorporated hereto as an Addendum to this Agreement after written approval is provided by the appropriate FOL representation. C&A will take no action to implement such programs until written approval is received from FOL. Such approval shall be made in a reasonable and timely manner.*

*Services to be rendered shall include, but not necessarily limited to the following matters and activities, all subject to consultation with FOL:*

*(a)   Sponsorship placement and development*

> *(1)   Research and identify potential sponsorship opportunities*
> *(2)   Draft, present or evaluate sponsorship proposals and opportunities*
> *(3)   Assist in leveraging new and existing business-to-business opportunities*
> *(4)   Make specific recommendations after consultation with FOL*
> *(5)   Evaluate and review sponsorship proposal issues with FOL;*
> *(6)   Negotiate terms of sponsorship, in consultation with FOL;*
> *(7)   Draft sponsorship agreement, personal service agreement and/or driver agreement, if appropriate, and present to FOL for preliminary approval;*
> *(8)   Present draft documents to third parties for negotiation and execution, and review any material issues with FOL;*
> *(9)   Assure the implementation of all sponsorship benefits*

*In drafting the Team Sponsorship agreement and any other agreements with third parties, C&A will take care, among other things, to ensure the agreement provides that:*

> *(i) The third party will look exclusively to C&A for payment of any service fees or expenses incurred directly or indirectly on behalf of FOL, and agrees that FOL's payment to C&A for such service fees or expenses shall discharge FOL for any and all liability related thereto;*

(ii) *C&A, at the direction of FOL, will be entitled to terminate the agreement in the event the third party or its representatives commits a felony, any act of moral turpitude or fraud, or commits any act or makes any statement that, in FOL's reasonable judgment, subjects FOL, its affiliates, their trademarks and business relationships, to humiliation, embarrassment or material harm. If such termination is directed by FOL, C&A will evaluate and advise FOL on appropriate substitute third party in order to properly redirect its motorsports program.*

(b) *Strategic marketing and consulting services*

    (1)    *Consult with FOL to determine specific marketing goals, objectives and needs*
    (2)    *Research and presentation of all marketing and/or business-to-business opportunities*
    (3)    *Make specific recommendations after consultation with FOL.*
    (4)    *Provide continuous feedback on selected programs and new programs as they are presented*
    (5)    *Creative development*
    (6)    *Contract negotiation and fulfillment*
    (7)    *Compile reports requested by FOL to demonstrate program's effectiveness*

(c) *Public relations and media management*

    (1)    *Onsite management of a motorsports public relations campaign*
    (2)    *Press kit and autograph card design, production and distribution*
    (3)    *Develop and coordinate feature stories and photo opportunities*
    (4)    *Press release production and distribution*
    (5)    *Maintain continuous contact with local and national media*
    (6)    *Schedule and provide on-site coordination of press conferences and sponsor announcements*
    (7)    *Compile and distribute event (qualifying, practice and race) reports and cumulative weekly race report with up-to-date results and statistics*
    (8)    *Develop and maintain photo library*
    (9)    *Schedule and provide on-site coordination of interviews and appearances for owner, driver, and crew chief*
    (10)    *Handle crisis management for team and sponsor, if necessary*
    (11)    *Website development and maintenance*
    (12)    *Compile mid-year and year-end media reports to demonstrate program's effectiveness*

FOL00233

(d)    *Track Support Programs*

   (1)  *Research and identify track support opportunities, including but not limited to event sponsorships, billboards, naming rights, trackside display, VIP ticket packages for contest winners, etc.*
   (2)  *Present and/or evaluate opportunities*
   (2)  *Make specific recommendations after consultation with FOL*
   (3)  *Assist in the development of opportunities to expand brand awareness*
   (4)  *Evaluate and negotiate terms of opportunities*
   (5)  *Assure the implementation of programs*

(e)    *Advertising Service (NASCAR Trade and TV Programming)*

   (1)  *Consult on the creative development and placement of advertisement using the motorsports platform in conjunction with FOL's agency of record*
   (2)  *Recommend trade usage of advertising*
   (3)  *Schedule and supervise talent and equipment for usage in adverting*
   (4)  *Negotiate media contracts, if appropriate*
   (5)  *Assure proper implementation of ads*

(f)    *Marketing Programs*

   *Assist FOL's marketing department in:*

   (1)  *Creative development and planning of national promotions*
   (2)  *Development and execute plans and budget*
   (3)  *Creating and distributing all marketing materials*
   (4)  *Identifying promotional partners and cross promotional opportunities*

(h)    *Internal Support Programs*

   *Assist FOL's staff or agency in:*

   (1)  *Strategically developing racing themed special corporate events*
   (2)  *Development and execution of incentive sales and ticket management programs*
   (3)  *Creation and distribution of a corporate newsletter*
   (4)  *Development of a corporate merchandise program*

FOL00234

## 1. PROGRAM BUDGET

*The budget set forth below reflects the estimated costs, fees and expenses associated with the Services set forth herein.*

*The costs outlined in this budget for team sponsorship, consulting services, public relations, and show vehicles are exact program costs and will not be subject to change. However, all other programs are general in nature and subject to change once programs are specifically set forth after collaboration between the parties. In no event shall such costs, fees and expenses exceed the amounts listed below without the express written consent of FOL. If the total cost of the program is less than the budget, FOL may choose, at its own discretion, to have all unused monies (a) returned to FOL or (b) applied to future years of the contract.*

*These costs are based on the selection of a NASCAR Busch Series team sponsorship. The Strategic Marketing & Consulting Services, and Public Relations and Media Management items below, are collectively referred to as the "Activation Program." Should FOL elect to pursue sponsorship of a NASCAR Nextel Cup team, C&A will work with FOL to adjust the budget to reflect the increased cost of sponsorship.*

| | 2004 | 2005 | 2006 |
|---|---|---|---|
| **I. FIXED PROGRAM** | | | |
| NASCAR Busch Series Team Sponsorship | $3,500,000 | $3,750,000 | $4,000,000 |
| Strategic Marketing & Consulting Services* | $120,000 | $126,000 | $132,300 |
| Public Relations & Media Management* | $100,000 | $110,000 | $120,000 |
| **Total Fixed Program Costs** | $3,720,000 | $3,986,000 | $4,252,300 |
| **II. DISCRETIONARY PROGRAMS** | | | |
| Track Support Program- Event Sponsorship, Billboards, Trackside Display | TBD | TBD | TBD |
| Media Advertising- NASCAR Trade | TBD | TBD | TBD |
| Marketing Programs – Sweepstakes, Point Of Sale Promotions, Consumer & Trade Promotion | TBD | TBD | TBD |
| Internal Support Programs- Incentive Sales, Newsletter, Corporate Merchandise, Special Events & Ticket Management | TBD | TBD | TBD |
| PR & Promotional Support Materials- Autograph Cards, Press Kits, Stationary, Team Wearables, Promotional Materials | TBD | TBD | TBD |
| **Potential Discretionary Program Costs** | $280,000 | $307,660 | $437,750 |
| **TOTAL, IF FULLY UTILIZED** | $4,000,000 | $4,293,660 | $4,690,050 |

FOL00235

## 2. PAYMENT SCHEDULE

*Payments shall be made in the following quarterly installments of 40%, 20%, 20%, and 20%, unless this Agreement is terminated pursuant to this Agreement:*

### 2004

| Team Sponsorship Payments | | Activation Program Payments | |
|---|---|---|---|
| Upon Execution Of Sponsorship Agreement | $ 1,400,000 | Upon Execution of this Agreement | $ 88,000 |
| March 1, 2004 | $ 700,000 | March 1, 2004 | $ 44,000 |
| June 1, 2004 | $ 700,000 | June 1, 2004 | $ 44,000 |
| September 1, 2004 | $ 700,000 | September 1, 2004 | $ 44,000 |

### 2005

| | | | |
|---|---|---|---|
| December 1, 2004 | $ 1,500,000 | December 1, 2004 | $ 94,400 |
| March 1, 2005 | $ 750,000 | March 1, 2005 | $ 47,200 |
| June 1, 2005 | $ 750,000 | June 1, 2005 | $ 47,200 |
| September 1, 2004 | $ 750,000 | September 1, 2004 | $ 47,200 |

### 2006

| | | | |
|---|---|---|---|
| December 1, 2005 | $ 1,600,000 | December 1, 2005 | $ 100,920 |
| March 1, 2006 | $ 800,000 | March 1, 2006 | $ 50,460 |
| June 1, 2006 | $ 800,000 | June 1, 2006 | $ 50,460 |
| September 1, 2006 | $ 800,000 | September 1, 2006 | $ 50,460 |

*All Discretionary Programs, as described in Exhibit B, must be approved in writing by FOL. The payments shall be made payable to "Camp & Associates, Inc." at the address set forth herein and on the quarterly payment schedule as outlined above.*

## C. BOOKKEEPING AND ACCOUNTING

*C&A and FOL agree to keep accurate books and records covering all transactions relative to this Agreement. Both parties or their representatives duly authorized shall have the right at a reasonable time upon reasonable notice to examine such records at the other's place of business and other documents and materials in the possession or under the control of each with respect to the subject matter and provisions of this Agreement.*

### A.  Team Sponsorship

*Primary Sponsorship Benefits:*

(1) Sponsor identification on 75% of the car, transport hauler, pit equipment, driver and team uniforms
(2) Sponsor identification on all collateral marketing and press materials
(3) Use of the likenesses of the car, transport hauler, team and driver for sponsor advertising and marketing
(4) Mutually agreeable number of driver personal appearances on behalf of sponsor
(5) Mutually agreeable number of photo sessions and/or commercials using the car, transport hauler, team and driver will be negotiated
(6) Garage and pit credentials for VIP's throughout the season
(7) Sponsor features on web site designed to promote sponsors and team

### B.  Sponsorship Activation Programs

(1)  Public relations and media management
(2)  Track support programs
(3)  NASCAR trade and TV programming advertising
(4)  Marketing programs
(5)  Internal support programs, tickets & special events

### (1)  Public Relations and Media Management

C&A will <u>provide</u> public relations and media management services to FOL during the 2004 season and beyond. Specifically, C&A will represent FOL as its public relations agency of record in NASCAR racing. C&A's duties will include implementing a comprehensive plan to increase FOL's name recognition and brand loyalty in the marketplace. C&A understands that, in providing public relations and media management services, it will be required to coordinate with FOL's Marketing Department, its advertising agency of record, and its designated public relations firm. To compliment these duties, C&A will address and coordinate the following motorsports related functions:

(a)  Implement a full-time motorsports public relations effort through the use of a trackside public relations representative who will attend all participating events,
(b)  Coordinate story and photo opportunities for FOL,
(c)  Consult on a daily/weekly basis with FOL to ensure that maximum exposure is accomplished for FOL and the team,
(d)  Coordinate additional public relations events as directed by FOL,
(e)  Coordinate photo sessions where deemed necessary,

FOL00237

(f)　Compile a weekly post-race report, which will include a summary of activities and include appropriate clippings and other items which are of interest to the team, officials, employees and others at FOL,

(g)　Consult with FOL's representatives relevant to the continued development of the motorsports program,

(h)　Compile a mid-year and year-end report to include media coverage and the program's effectiveness through use of the Joyce Julius report, and

(i)　Assure availability of a top quality press kit for use by FOL for public relations and press use to include driver, owner and crew chief photos and biographical information; sponsor's corporate release; driver, team and race statistics in both a cumulative and track performance format; team roster and other biographical information.

### (2) Track Support Programs

In order to tap additional business-to-business opportunities and to cement FOL's business-to-business relationship with SMI, we suggest that FOL also develop track support programs. C&A will also use reasonable business efforts to leverage its relationship with SMI to maximize the sale of FOL Activewear to SMI and its affiliates in connection with other track support programs. Track support programs will vary depending on the availability and creativity of each track and can include but are not limited to any of the following opportunities:

(a)　Event naming rights for product or company, i.e. BVD 500, Fruit of the Loom Pole Night

(b)　Development of event-related retail promotions, i.e. sweepstakes to win trip to race

(c)　Customer entertainment opportunities at the event, i.e. VIP hospitality packages

(d)　Product sampling exposure

(e)　Advertising of official products or service designation

(f)　Track signage including billboards, scoreboard, front stretch pit and guard wall signs

(g)　Trackside display space throughout the race weekend

(h)　Banner and inflatable promotional messaging

C&A will work with FOL and its marketing staff to select and implement one or more of the programs listed above to expand the brand awareness of FOL and its brands. Once selected, C&A will assure the implementation of the program(s).

### (3) NASCAR Trade & TV Programming Advertising

To create further brand awareness and loyalty, we suggest the use of advertising in NASCAR trade and TV programming. This advertising will get the FOL name and/or brand names into the minds of the sponsors and brand loyal fans nationwide. Additionally, C&A will work with FOL's current advertising agency to advise on the additional opportunities on a national scale.

FOL00238

*Sample Placement:*

> (a) *Radio- MRN, PRN, Fast Talk with Benny Parsons*
> (b) *TV Programs- Raceline, Inside NASCAR, NASCAR Victory Lane*
> (c) *Print – UMI's NASCAR Yearbook & Press Guide, Winston Cup Scene, Speedway Scene*
> (d) *Internet – bgnracing.com, nascar.com*

**(4) Marketing Programs**
*Assist FOL's marketing department in:*

> (1) *Creative development and planning of national promotions*
> (2) *Development and execute plans and budget*
> (3) *Creating and distributing all marketing materials*
> (4) *Identifying promotional partners and cross promotional opportunities*

**(5) Internal Support Programs**

*Internal support programs will be developed to obtain awareness and support of the FOL sponsorship program from those within FOL. Such programs shall include:*

> (a) *Internal sales programs*
> (b) *Corporate merchandise program*
> (c) *Quarterly newsletters*
> (d) *Ticket Programs*
> (e) *Special racing themed events*

## Fruit of the Loom
### Program Development

*Subject to the terms of the Agreement, and in particular, Exhibit A, Section I, Camp & Associates, Inc. ("C&A") will use its experience and expertise in motorsports to consult Fruit of the Loom ("FOL") on the creation and development of the most cost-effective and results-oriented motorsports program.*

**Steps to Development:**

**Step 1:**    *C&A will continue to meet with FOL to discuss goals and objectives.*

**Step 2:**    *C&A will prepare a listing for review and consultation with FOL outlining the various sponsorships available, and will rate sponsorship opportunities on resident expertise and auxiliary benefits.*

**Step 3:**    *C&A will arrange interviews for FOL with representatives from selected short list of sponsorship opportunities.*

**Step 4:**    *C&A will advise in final decision making as requested by FOL and will negotiate a sponsorship agreement with the selected team/driver combination.*

**Step 5:**    *Concurrent with the selection and placement process, C&A will create a sponsorship activation platform which will maximize the use of the sponsorship.*

**Step 6:**    *C&A will coordinate a formal press announcement of the development of a FOL Racing Program.*

**Step 8:**    *C&A will work closely with FOL to implement the program.*

**Step 9:**    *C&A will continuously assist in the maintenance of the program and tracking of results.*

FOL00240



# CAMP & ASSOCIATES, INC.

PO Box 7979•Concord, NC 28027•78 Buffalo Ave. Suite 200•Concord, NC 28025•704-788-7979•Fax: 704-782-5477

## *INVOICE*

Mr. Randy Koedyker
Fruit of the Loom, Ltd.
1 Fruit of the Loom Drive
Bowling Green, KY 42102

Invoice No: FRUIT2400
Date: 09/09/03

| SALESPERSON | P.O. NUMBER | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| Larry Camp | | | | | *Due upon receipt* |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Activation Program Payment | 88,000.00 | 88,000.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 88,000.00 |
| TAX | | |
| SHIPPING | | |
| TOTAL DUE | | $ 88,000.00 |

Please pay from this invoice. No statement will be sent. Net due on receipt of invoice. Amounts over 30 days may be subject to 1½% monthly service charge. For questions concerning this invoice call Jamie Carriker, 704-788-7979. Make all checks payable to: Camp & Associates, Inc.

## THANK YOU FOR YOUR BUSINESS!

c:Jamie/FRUIT/FRUIT2400

FOL00241